# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REGINALD J. ROUNTREE,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 04-806 (ESH) |
| : | |
| **MIKE JOHANNS, Secretary,** : | |
| **Department of Agriculture,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

Pursuant to the Memorandum Opinion issued this date, it is hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED IN PART and DENIED IN PART**; and it is

**FURTHER ORDERED** that the March 26, 2004 MSPB decision is **AFFIRMED IN PART and REVERSED IN PART**; and it is

**FURTHER ORDERED** that this matter is set down for a status conference on August 31, 2005, at 2:30 p.m.

                                                                      s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date:  August 11, 2005